No. 376. WILSON *v.* LOUISIANA. Certiorari, 340 U. S. 864, to the Supreme Court of Louisiana. Argued March 6–7, 1951. Decided April 9, 1951. *Per Curiam:* The

judgment is affirmed.   Dissenting: MR. JUSTICE BLACK,
MR. JUSTICE FRANKFURTER, and MR. JUSTICE DOUGLAS.
*Lubin F. Laurent* argued the cause for petitioner.   With
him on the brief was *Henry P. Viering.   Michael E. Culligan,* Assistant Attorney General of Louisiana, and *Frank
H. Langridge* argued the cause for respondent.   With
them on the brief was *Bolivar E. Kemp, Jr.,* Attorney
General.